UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KEITH CAMPBELL** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 8:16-cv-03820-PX |
| | * | |
| **J.C. PENNEY CORPORATION, INC.** | * | |
| | * | |
| Defendant. | * | |

## AMENDED MOTION TO WITHDRAW

Comes now, Keith W. Watters, retained counsel for the Plaintiff, Keith Campbell, and hereby moves this Court to permit him to withdraw as counsel of record for the Plaintiff. In support of this request the Plaintiff states as follows:

1. This matter stems from Plaintiff's allegations that he sustained injuries on March 3, 2014, while he was an invitee in the Defendant's store located at 3500 East West Highway, Hyattsville, MD.

2. Pursuant to U.S. District Court of Maryland Local Rule 101(2)(a), by letter dated September 23, 2017 undersigned counsel informed the Plaintiff of his intention with withdraw from this matter and advised the Plaintiff to either have new counsel enter an appearance on his behalf or, if he decides to proceed without counsel, to notify the Clerk of the Court of his intention.

3. The Plaintiff has indicated to undersigned counsel that he intends to appeal the Court's ruling on September 18, 2017.

4. On October 3, 2017 undersigned counsel communicated with Brigitte Smith, counsel for the Defendant and obtained Defendant's consent to the relief requested herein.

WHEREFORE, in view of the foregoing, counsel herein respectfully moves this Court to

2

grant his motion and permit him to withdraw from any further representation of the Plaintiff in connection with this instant matter.

                              Respectfully submitted,

                              /s/ Keith W. Watters
                              Keith W. Watters, Esq.
                              Bar No. 01515
                              KEITH WATTERS & ASSOCIATES
                              1667 K Street NW, Suite 677
                              Washington, DC 20006
                              (202) 887-1990
                              keithwatters@verizon.net

                              *Counsel for Plaintiff*

## **Rule 101(2)(a) CERTFICATION**

     I certify that on September 23, 2017 I mailed a letter to the Plaintiff at his current address, 2916 7th Street, N.E., Apartment 3, Washington, D.C. and informed the Plaintiff of my intention with withdraw from this matter and I advised the Plaintiff to either have new counsel enter an appearance on his behalf or, if he decides to proceed without counsel, to notify the Clerk of the Court of his intention.

                              /s/ Keith W. Watters
                              KEITH W. WATTERS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October 2017, a copy of the foregoing was served electronically and via First Class Mail, postage prepaid to the following:

Brigitte J. Smith, Esq.
Maryan Alexander, Esq.
WILSON ELSER
500 East Pratt Street, Suite 600
Baltimore, MD 21202
Brigitte.Smith@wilsonelser.com
Maryan.Alexander@wilsonelser.com

*Counsel for Defendant J.C. Penney Corporation, Inc.*

And by First Class Mail to:

Keith Campbell
2916 7th Street, N.E.
Apartment 3
Washington, D.C. 20017

                                              /s/ Keith W. Watters
                                              Keith W. Watters, Esq.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KEITH CAMPBELL** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 8:16-cv-03820-PX |
| | * | |
| **J.C. PENNEY CORPORATION, INC.** | * | |
| | * | |
| Defendant. | * | |

## ORDER

Upon consideration of Plaintiff's counsel Keith Watters' Consent Motion to Withdraw and it appearing to be in the interest of justice to do so, it is this _____ day of October 2017,

**ORDERED,** that the motion to withdraw be and the same is hereby granted.

_____
Judge

Copies via electronic means to:

Keith W. Watters, Esquire

Brigitte J. Smith, Esquire

Maryan Alexander, Esquire

And via First Class mail to:

Keith Campbell
2916 7th Street, N.E.
Apartment 3
Washington, D.C. 20017