UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEITH CAMPBELL | * | |
| Plaintiff, | * | |
| v. | * | Case No. 8:16-cv-03820-PX |
| J.C. PENNEY CORPORATION, INC. | * | |
| Defendant. | * | |

## MOTION FOR LEAVE TO INTERVENE AND PROTECT ATTORNEY'S FEES AND COSTS FROM DISBURSEMENT BY THE COURT'S REGISTRY

COMES NOW Keith W. Watters, former counsel for the Plaintiff and respectfully moves this court to permit the court's registry to disburse a portion of the settlement funds to pay attorney's fees in this matter. In support thereof, the Plaintiff asserts as follows:

1. During the Settlement Conference on August 29, 2017 the parties entered into a settlement agreement to resolve all disputes asserted by the Plaintiff and a Stipulation of Dismissal was filed.

2. On September 15, 2017 the Plaintiff directed undersigned counsel to file a Motion to Withdraw Stipulation of Dismissal which was denied on September 18, 2017.

3. On October 3, 2017 undersigned counsel filed a Motion to Withdraw as counsel which was granted by the Court on October 4, 2017.

4. On October 12, 2017 the Plaintiff filed a *pro se* Notice of Appeal.

5. Defendant J.C. Penney Corporation Inc. has moved this Court to allow it to deposit with the Court's Registry the settlement funds. Because the settlement agreement included a Confidential Settlement Agreement the Defendant requested that it be permitted to

1

file the Confidential Agreement under seal. The Defendant's motion was granted on October 24, 2017.

6. In view of the foregoing undersigned counsel moves this Court to permit him to intervene to protect his lien for legal services and costs pursuant to the Retainer Agreement attached hereto as Exhibit 1.

7. Undersigned counsel also moves this Court to Order the Court Registry to freeze any disbursements from the Court Registry for ten (10) days from the date the Court grants the relief requested herein to allow undersigned counsel sufficient time to prepare and file a motion and Exhibit under seal setting forth an itemization of expenses and costs incurred to prosecute this matter.

Wherefore, in view of the foregoing, undersigned counsel moves this Court to grant the relief requested herein and enter the proposed Order attached hereto.

Respectfully submitted,

/s/ Keith W. Watters
Keith W. Watters, Esq.
Bar No. 01515
KEITH WATTERS & ASSOCIATES
1667 K Street NW, Suite 677
Washington, DC 20006
(202) 887-1990
keithwatters@verizon.net

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2017, a copy of the foregoing was served electronically via email and via First Class Mail, postage prepaid to the following:

>Brigitte J. Smith, Esq.
>Maryan Alexander, Esq.
>WILSON ELSER
>500 East Pratt Street, Suite 600
>Baltimore, MD 21202
>Brigitte.Smith@wilsonelser.com
>Maryan.Alexander@wilsonelser.com
>
>*Counsel for Defendant J.C. Penney Corporation, Inc.*

and by First Class mail only to:

>Keith Campbell, *pro se*
>2916 7th Street, N.E.
>Apartment 3
>Washington, D.C. 20017

/s/ Keith W. Watters
Keith W. Watters