IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| KEITH CAMPBELL, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Civil Action No. CBD-16-3820 |
| J.C. PENNEY CORPORATION, INC., | ) |
| Defendant. | ) |

## AMENDED ORDER

Before the Court is former counsel Keith W. Watter's ("Counsel") Motion for Costs and Fees (the "Motion) (ECF No. 39), requesting disbursement of a portion of the settlement funds on deposit with the Registry of the Court to pay attorney's fees and costs in accordance with the retainer agreement signed by Counsel and Plaintiff Keith Campbell ("Plaintiff"). The Court has reviewed the motion, related memoranda, and the applicable law thereto. No hearing is deemed necessary. *See* Local Rule 105.6 (D. Md.).

Upon consideration of the Motion, the Court having discovered no outstanding liens, it is this 7th day of June, 2018, hereby,

ORDERED, that the Motion be GRANTED. It is further,

ORDERED, that the Clerk of the Court shall disburse from the settlement proceeds currently deposited in the Court Registry, forty (40) percent of all sums including forty (40) percent of accrued interest, to attorney Keith Watters. It is further,

1

ORDERED, that the Clerk of the Court shall disburse from the settlement proceeds currently deposited in the Court Registry, the additional sum of $185.00 to attorney Keith Watters, representing the costs accrued. It is further,

ORDERED, that the Clerk of the Court shall disburse the balance of the settlement proceeds, including the remaining accrued interest, currently deposited in the Court Registry to Plaintiff Keith Campbell.

June 7, 2018

_____
Charles B. Day
United States Magistrate Judge

CBD/gbc